NO. _____



# United States Court of Appeals
# For the Fifth Circuit

Original Proceeding from the Desoto County Justice Court

of Mississippi

Trial Judges: Hon. Doug Hollowell III, Hon. Karen Sanders, Hon. Benjamin Murphy

Case No. 9393335-01

The United States District Court, Northern District of Mississippi

Judges: Hon. Michael P. Mills, and Magistrate Jane M. Virden

Case No. 3:22cv147

## IN RE: JEFFREY COURTJAY JACKSON

PETITIONER

VS.

STATE OF MISSISSIPPI, JUDGE DOUG HOLLOWELL III, JUDGE KAREN SANDERS, JUDGE BENJAMIN MURPHY

RESPONDANTS

Writ of Mandamus

JEFFREY COURTJAY JACKSON

LEARNINGMOREEVERYDAY@OUTLOOK.COM

488 PARKS PLACE ROAD

BATESVILLE, MISSISSIPPI [38606]

(662)654-7381

ATTORNEY IN FACT, BENEFICIARY

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this Petition complies with the page and type volume limitations of Federal Rule of Appellate Procedure 21(d) and 32(a) because:

1. The Petition contains 15 pages.

2. It has been prepared in proportionally spaced typeface using MS Word Font Size 14.

Jeffrey Courtjay Jackson

c/o 488 Parks Place Road

Batesville, Mississippi, nearby [38606]

Jeffrey Courtjay Jackson, by Special Appearance

# UNITED STATES COURT OF APPEALS, FOR THE FIFTH CIRCUIT

STATE OF MISSISSIPPI,
JUDGE DOUG HOLLOWELL III,
JUDGE KAREN SANDERS, JUDGE
BENJAMIN MURPHY
    Respondents,
vs.
JEFFREY COURTJAY JACKSON,
    Petitioner,

Case No.: _____

Writ of Mandamus.

COMES NOW Jeffrey Courtjay Jackson, Attorney in Fact for the above-mentioned Estate Trust, hereinafter "Petitioner", to this Court with the following lawful Demand for a Writ of Mandamus in the above-mentioned action on or before May ____, 2024 or as soon thereafter as Petitioner may be heard. The Petitioner respectfully demands that each judge involved in this case perform their duties and answer to their demand for disqualification and asks the Court to disqualify their judgments as well to ensure the Petitioner's right to due process and to remedy the Court's ongoing bias and violations of the Petitioner rights.

Respectfully submitted,

By: _____    Dated: MAY/15/24
Attorney in Fact, Beneficiary

DEMAND FOR A WRIT OF MANDAMUS

-1-

## Statement of Jurisdiction

Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory provisions: 28 U.S.C.A. § 1343(3) (1948) and 28 U.S.C.A. § 1331 (1948). The former statute permits federal district courts to hear cases involving the deprivation of civil rights, and the latter statute permits federal courts to hear all cases involving a federal question or issue. Cases brought under section 1983 may therefore be heard in federal courts by application of both jurisdictional statutes. The Cause of Action can be found at 5 USC §702.

## Article III Standing

Petitioner has Article III standing when he shows: (1) an injury in fact, (2) causation, (3) and redressability. The injury was caused by unconstitutional policing, court procedures and processes, the injury is capable of redress under the civil rights laws.

## Remedy:

Every system of civilized law must have two characteristics: Remedy and Recourse. Remedy is a way to get out from under that law, and you recover your loss. The Common Law, the Law Merchants, and even the Uniform Commercial Code all have remedy and recourse. The Remedy and Recourse are found in the UCC. They are found right in the first volume, at 1-308 (old 1-207) and 1-103.

## Recourse:

Recourse appears in the Uniform Commercial Code at 1-103.6, which says: The Code is complimentary to the Common Law, which remains in force, except were displaced by the code. A statute should be construed in harmony with the Common

Case: 24-60260    Document: 3-1    Page: 5    Date Filed: 05/28/2024

Law unless there is a clear legislative intent to abrogate the Common Law. The Petitioner is a 'State" citizen of the Republic State of Mississippi, and therefore not therefore subject to the state court's statutory jurisdiction without an injured party.

## STATEMENT OF THE FACTS AND PROCEDRAL HISTORY

1. In 2021 when the Petitioner was pulled over by a State Trooper on I-55 North Bound, and was issued multiple tickets, including a DUI charge.

2. The Petitioner did not undergo a sobriety test due to his concerns about COVID-19. The Petitioner does not drink alcohol, nor did the Petitioner drink alcohol on the day in question.

3. Constitutional questions were raised by the Petitioner at the beginning of the case, which were not addressed by the Attorney General who intervened in the case. **See Exhibits** A, B, C, D

4. The case has been repeatedly continued, with the Petitioner's submissions being ignored or dismissed by the court.

5. Relief was sought by the Petitioner in the United States District Court Oxford Division, but to no avail. The case was sent back to the lower state court. **See Exhibits** E, F, G

6. The Petitioner was held in contempt by Judge Doug Hollowell III for refusing to submit to the court's jurisdiction. **See Exhibit** H

DEMAND FOR A WRIT OF MANDAMUS

-3-

7. An Illegal warrant was issued for Petitioner's arrest by Judge Doug Hollowell III. **See Exhibit** _I, J_

8. As a result of the warrant issued by Judge Doug Hollowell III Petitioner was arrested in Panola County and held there, until Desoto County Deputies came and booked Petitioner in Desoto County. **See Exhibit** _K, L, M_

9. The Petitioner tendered a Bill of Exchange to the Court to satisfy the debt owed. The Negotiable Instrument was presented under authority of HJR-192, Public Law 73-10, UCC 3-104(c), Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 (1998), Guaranty Trust Co. of New York v. Henwood et al, 307 U.S. 247 (FN3), and Witkin Negotiable Instruments, Vol. III (including 2002 Supplement). **See Exhibit** _N_

10. Judge Doug Hollowell III and Judge Karen Sanders refused to honor/accept the bill of exchange to discharge the debt and failed to return it to the Petitioner. The U.S. Congress provided the appropriate remedy for the Petitioner to settle his debts via the remedy in House Joint Resolution (H.J.R.) 192 of June 5, 1933 under the United States, Public Law 73-10, and Public Law 48 stat. 112 (among others). U.C.C. § 3-603. TENDER OF PAYMENT (b)" If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender of the obligation".

11. Judge Doug Hollowell III and Judge Karen Sanders refused to consider the Petitioner's arguments regarding the bill of exchange, thereby depriving the Petitioner of a legal defense of the debt. A bill of exchange fulfills the legal definition of a negotiable instrument (currency) and per Uniform

DEMAND FOR A WRIT OF MANDAMUS

-4-

Commercial Code (UCC) 3-104 and legally discharges any alleged debt. This is merely a "promise to pay" and not a sight draft, forged document, bogus instrument, etc. . . . Once tendered, the debt is discharged. Period. Refusal to accept is discharge of debt. See UCC § 3-603. TENDER OF PAYMENT. (b)If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

12. The petitioner found that Judge Doug Hollowell III recused himself after specially appearing in court to find Judge Karen Sanders presiding.

13. Judge Doug Hollowell III and Judge Karen Sanders repeatedly violated the Petitioner's due process rights by failing to provide adequate notice, opportunity to be heard, and a fair trial. Under the threat of being held in contempt, Judge Karen Sanders would not allow the Petitioner to speak during trial a clear due process rights violation.

14. Judge Doug Hollowell III and Judge Karen Sanders displayed bias against the Petitioner throughout the proceedings. The case has been repeatedly continued, and the Petitioner 's submissions have been ignored or dismissed by the court.

15. Judge Benjamin Murphy was assigned to the case after Judge Karen Sanders. The Petitioner cannot receive a fair and impartial trial in this court.

16. The Petitioner repeatedly asserted his sovereignty and made known his status to the Court, which has been ignored. See Exhibit __O, P, Q__

17. The Petitioner DOES NOT recognize and cannot be held in contempt of any law that cannot show a named individual victim(s), nor can the Petitioner be held liable in contempt of any law that cannot show any property that has been stolen or damaged from any said individual or individuals. As the state itself is not a person, nor a corporation itself can be represented as a single person, the state cannot represent itself as a property holder nor as an individual person who is filing a complaint of stolen property or of physical damage done to itself by a third party. Where no individual victim and no property stolen or damaged can be found, there can be no defendant nor prosecutor logically taken into consideration. See "Corpus Delicti- *People v. Lopez*".

18. Unless I have willfully harmed or violated someone or someone's property without their consent, I have not committed any crime and am, therefore, not subject to any penalty. Under duress, I chose to comply with the "laws" which others attempt to impose upon me, but neither such "laws" nor their enforcers have any authority over me. I am not in any jurisdiction for I am not of subject status.

19. Petitioner sought help from the Mississippi Commission on Judicial Performance, but to no avail. The complaint was dismissed. **See Exhibit R**

20. Petitioner requested oaths of office for Judge Doug Hollowell III, Judge Karen Sanders, and Attorney General Lynn Fitch. The Petitioner received a Letter back from the Secretary of State saying that their office did not have oaths on file for these people in its office. **See Exhibits S, T**

21. The Petitioner filed a demand to Disqualify Judge Doug Hollowell, Judge Karen Sanders, and Judge Benjamin Murphy. **See Exhibits U, V, W, X, Y**

22. Judge Karen Sanders, Judge Doug Hollowell III, and Judge Benjamin Murphy have all failed to respond to the demands to disqualify, thereby violating the Petitioner's right to an impartial Judge.

The attached **Exhibits** _Z, 1, 2, 3_ contain evidence of the proofs of service to the Clerk's Office and verified as delivered via certified mail by the United States Postal Service.

If the Clerk of Court _Candice McElhaney_, is found having neglected or refused to enter documents into the matter, the Petitioner demands that the writ of mandamus issue forth to mandate the ministerial duty of the Clerk to enter the documents immediately.

## MEMORANDUM OF LAW

1. Federal Rules of Civil Procedure, Rule 5 (d) states the following:

   *"(4) Acceptance by the Clerk. The clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice."* (italicized for emphasis)

2. Title 18 United States Code, Section 2071 states the following:

   *"(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both."*

   *"(b) Whoever having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and*

*be disqualified from holding any office under the United States."* (italicized for emphasis)

3. "Accordingly, it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof." –*Freeman v. Giacomo Costa Fu Andrea,* 282 F. Supp. 525, *United States v. Lombardo,* 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States,* 105 F.2d 253, 255 (5th Cir., 1939); *Greeson v. Sherman,* 265 F. Supp. 340 (D.C.Va.,1967)

4. Title 42 United States Code, Section 1985 states the following:

*"(2) OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR - If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;"* (italicized for emphasis)

5. "A judgment is void if the court that rendered it lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process." –*Klugh v. United States,* 610 F. Supp. 892, 901

DEMAND FOR A WRIT OF MANDAMUS

-8-

**The Following Fatal Flaws Blocked Traffic Court's Jurisdiction**

a. The police officer violated the Separation Clause in the Constitution when he signed the summons (ticket) for the Petitioner to appear in court.

b. The illegal signing causes a "Due Process" violation when the court proceeded with the court processes and local rules.

c. The players in the court all have a conflict of interest because they all are being paid by the same corporation.

d. There is no injured party, and the officer violated the Constitution and therefore has no credibility to testify.

e. The prosecutor has no witness.

f. Sixth Amendment to the Constitution: "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense."

g. Ordinances and statutes are not valid laws because they do not have the three elements the state constitution mandates must be present to be a valid law.

6. Mandamus is an Extraordinary Remedy that may be issued only when there is a clear legal right to the relief sought, the duty to perform the act is ministerial and not discretionary, and there is no other adequate remedy at law.

7. The Judges Have a Ministerial Duty to Respond to the Demand to Disqualify and to rule on it impartially.

8. The Judges Have a Ministerial Duty to take the Bill of Exchange. Federal Reserve notes are obligations and have no redeemable value in gold or silver coin, wherefore the amount of tender or obligation is always zero. See -U.S. Constitution, 1789, Article 1, Section 10. "No state shall …make anything but gold and silver coin a tender in payment of debts" … Wherefore there can be no payment of debt. Only discharge of debt.

9. The Judges have a ministerial duty to consider the Petitioner's arguments regarding the bill of exchange and to determine whether it is a valid defense to the debt.

10. The Judges Have a Duty to Provide Due Process.

11. The Judges have a constitutional duty to provide the Petitioner with due process, including the right to an impartial judge, adequate notice, and an opportunity to be heard. No corporation can legally give its self-judicial authority. It appears traffic court judge is not a real judge with legal judicial authority and is participating in the misconduct of making a legal determination as an administrative judge without jurisdiction. The Petitioner did not get a fair and impartial procedure in the municipal court or state court process. The right of any public body to determine its own rules of procedure must be exercised in conformity with existing laws. See: Heiskell v. City of Baltimore (1888}, 86 Md. 126, Atl. 116. A legislative body cannot make a rule which evades or avoids the effect of a rule prescribed by the constitution or statutes governing it, and it cannot do by indirection what it cannot do directly. See: Crawford v. l~Uchrfet (1912}, 64 P'Ia. 4I, SS So. 983; Can- 6etd ~. G}resham (1881), 82 Tez. 10, 17 S.W. 390; Tayloe v. Davis (1924), 212 Ala. 282, 102 90. 433; Brennan v. Con- Aou~ (ie~e), gar a~icn, sa, 173 N.W. sii.

12. Bias Violates Due Process, and The Judge's bias against the Petitioner has deprived the Petitioner of a fair trial and violated the Petitioner's due process rights.

**The Tuckers Act:** The Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

13. Due Process Clause of the Fourteenth Amendment: "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state 1 The exact date is August 15, 2021, which is a Sunday. 2 deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

14. Due Process Clause of the Fifth Amendment: "...nor be deprived of life, liberty, or property, without due process of law...."

## CONCLUSION

WHEREFORE, the Petitioner respectfully requests that this Honorable Court issue a Writ of Mandamus demanding Judge Doug Hollowell III, Judge Karen Sanders, and Judge Benjamin Murphy to answer to the demand for

disqualification immediately and return Petitioner's bill of exchange within 10 days of this Writ.

The Petitioner also seeks a swift resolution to this matter in the interest of upholding the principles of justice and fairness. Due to the lack of due process and bias exhibited by the Court, the Petitioner requests that the case be dismissed. The Petitioner's rights to sovereignty and fair treatment under the law have been violated, and it is imperative that justice be served in this matter.

The State of Mississippi, Judge Karen Sanders, Judge Benjamin Murphy and Judge Doug Hollowell III swore to uphold the Constitution and the general laws of the State of Mississippi. By violating Petitioner's Constitutional and Civil Rights they have waived their right to be the City of . The violation of Public Act 230 Rights and Power section of the Constitution, they have forfeited its charter and become liable to be dissolved by the abuse of its power.

Also, the presentment/instrument, once accepted for value, was a lawful specie of payment under the Uniform Commercial Code in section 3-104 which can be used to credit / off-set the balance of the above account. However, since the Judges decided not to accept this form of discharge and did not return my commercial instrument with an Affidavit under the penalty of perjury and full commercial liability as to why this organization is exempt from the legislation as outlined above or why the Commercial Instrument is unacceptable, then the debt has been *paid in full*.

The Petitioner hereby demands that the Writ of Mandamus issue forth to mandate the Judges involved in this case to dismiss the case, to grant the Petitioner Damages in the amount of Five Million Dollars $5,000,000.00 (USD), to enter an answer immediately to the disqualification or risk prosecution under the laws of the United States, to revoke the state court judge's license to practice law, to be granted the Prosecutor's Assets, and to be granted judgment in full to be paid collectively.

The Petitioner also demands complete control of the state court's corporate charter and to have all records of the alleged traffic infraction/arrest removed from

the record including any jail time. The Petitioner demands the court to order the police officer not to have contact with the Petitioner without a police corporate supervisor present. If the Petitioner is involved in a traffic stop in the future, he demands the court to order the police corporate supervisor to be present before contact. Municipal court has no jurisdiction to make judicial determination because court gets its jurisdiction from the city ordinance.

**VERIFICATION**

In Witness whereof, knowing the law of bearing false witness before God and men, the Petitioner solemnly affirm that I have read the foregoing and know the contents thereof to be true to the best of my knowledge except as to the matters which are therein stated on my information or belief, and as to those matters, I believe them to be true. These instruments are submitted upon good faith belief that they are grounded in fact, warranted by existing law or a good faith argument for the modification or reversal of existing law, and are submitted for proper purposes and not to cause harassment and unnecessary delay or costs.

I also depose, say, and declare that I have read this Writ of Mandamus, and do know the contents to be true, correct, and complete, and not misleading, the whole truth, and nothing but the truth, and do believe that the above described acts by Karen Sanders d/b/a JUDGE KAREN SANDERS, Doug Hollowell III d/b/a JUDGE DOUG HOLLOWELL III, and BENJAMIN MURPHY d/b/a Judge Benjamin Murphy have been committed with intent and knowledge contrary to law.

Respectfully submitted without prejudice, U.C.C. § 1-308,

Attorney in Fact, Beneficiary for

JEFFREY COURTJAY JACKSON, Petitioner

By: _____

DEMAND FOR A WRIT OF MANDAMUS

-13-

I, Jeffrey Courtjay Jackson, certify that I have served the Plaintiff a true and correct copy of this legal document on this _____ Day of _____, 2024, and that I also filed a copy of this legal document with the Court Clerk on the above-specified date.

Submitted on this 15th day of May, 2024.



By: _____
Attorney in Fact, Beneficiary

**AFFIDAVIT OF Jeffrey-Courtjay:Jackson**

**STATE OF MISSISSIPPI**

**COUNTY OF PANOLA**

I, Jeffrey Courtjay Jackson, who goes by a living man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been represented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Mississippi, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say: The above mentioned case must be transferred in the interest of justice. Other state court judges are participating in the same misconduct and therefore the defendant cannot get a fair and impartial trial in the state court.

FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of Mississippi, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Jeffrey-Courtjay:Jackson, executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this 15th day of May in the year 2024, under penalty of perjury under the laws of the United States of America.

By: _____
Attorney in Fact, Beneficiary

SUBSCRIBED and sworn to this 15th day of May 2024.

_____ (SEAL)
Notary Public; in and for Panola County Mississippi

State of Mississippi
APRIL FLOWERS, Notary Public
Panola County
My Commission Expires December 27, 2026
Commission Number 346501

------------------------------- LAST PAGE -------------------------------

DEMAND FOR A WRIT OF MANDAMUS

-15-

# CERTIFICATE OF SERVICE

I, Jeffrey Jackson, hereby certify that I am of such age and discretion as to be competent to serve papers. I further certify that on this date, this petition for Writ of Mandamus was filed with the Clerk of the Court and will be emailed to the Honorable Judge Doug Hollowell III, the Honorable Judge Karen Sanders, and the Honorable Judge Benjamin Murphy and the email listed below. I also certify I will mail by U.S. Certified mail, a copy of this Petition for Writ of Mandamus on the following persons:

Dated is the __15th__ day of May 2024.


**MS Attorney General's Office**
**LYNN FITCH**
550 High St Ste 1200, Jackson, MS [39201]
(601) 359-3680

**JUDGE DOUG HOLLOWELL III**
**Justice Court**
3423 Industrial Drive W, Hernando, MS  38632
dhollowell@desotocountyms.gov

**JUDGE KAREN SANDERS**
**Justice Court**
3423 Industrial Drive W, Hernando, MS  38632
ksanders@desotocountyms.gov

**JUDGE BENJAMIN MURPHY**
**Justice Court**
3423 Industrial Drive W, Hernando, MS  38632
bmurphy@desotocountyms.gov